# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| Fredrick Hall, | : | |
| | : | Case No. C-1-02-034 |
| Petitioner, | : | |
| | : | Judge Spiegel |
| v. | : | Magistrate Judge Sherman |
| | : | |
| Anthony Brigano, Warden, | : | |
| | : | |
| Respondent. | : | |

## RESPONDENT'S NOTICE OF CHANGE OF ADDRESS

Respondent hereby notifies the Court that the undersigned counsel's office has moved. The following address is effective immediately.

Corrections Litigation
150 East Gay Street, 16th Floor
Columbus, Ohio 43215

Respectfully submitted,

JIM PETRO (0022096)
Ohio Attorney General

s/ Stephanie L. Watson
Stephanie L. Watson (0063411)
Assistant Attorney General
Trial Attorney
Corrections Litigation Section
150 East Gay Street – 16th Floor
Columbus, Ohio 43215
(614) 644-7233
(614) 728-9327 FAX
slwatson@ag.state.oh.us

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Notice was forwarded electronically or via regular U. S. Mail to Counsel for Petitioner: Craig Miller Jaquith, Ohio Public Defender's Office, 8 East Long Street, 11th Floor, Columbus, Ohio 43215, this 16th day of October, 2003.

                                                s/ Stephanie L. Watson
                                                STEPHANIE L. WATSON (0063411)
                                                Assistant Attorney General