## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Frederick Hall, | : | |
| | : | Case No. C-1-02-034 |
| Petitioner, | : | |
| | : | Judge Spiegel |
| v. | : | Magistrate Judge Perelman |
| | : | |
| Harry K. Russell, Warden,[1] | : | |
| | : | |
| Respondent. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given of the appearance of Assistant Attorney General Jerri L. Fosnaught (0077718) as counsel for Respondent, in substitution of Stephanie L. Watson (0063411). This Notice is effective immediately.

        Respectfully submitted,

        JIM PETRO (0022096)
        Attorney General


        s/Jerri L. Fosnaught
        JERRI L. FOSNAUGHT (0077718)
        Assistant Attorney General
        Corrections Litigation Section
        150 East Gay Street, 16th Floor
        Columbus, Ohio 43215
        (614) 644-7233
        FAX: (614) 728-9327
        jfosnaught@ag.state.oh.us

        Counsel for Respondent

---

[1] Hall is currently incarcerated in the Chillicothe Correctional Institution. Tim Brunsman is the Warden of that institution and as such is the proper party Respondent.

2

**CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing *Notice of Substitution of Counsel* was electronically filed on April 14, 2005. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        s/Jerri L. Fosnaught
                                        JERRI L. FOSNAUGHT
                                        Assistant Attorney General