UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| FREDERICK HALL, | : | Case No. 1:02-cv-34 |
| | : | |
| Petitioner, | : | Spiegel, J. |
| | : | Black, M.J. |
| | : | |
| vs. | : | |
| | : | |
| HARRY K. RUSSELL, | : | |
| | : | |
| Respondent. | : | **NOTICE** |

The Court hereby schedules an evidentiary hearing in this case to occur on **August 15, 2006, at 9:30 a.m.**, **Courtroom 708 Potter Stewart U.S. Courthouse, 100 E. 5th St., Cincinnati, Ohio,** pursuant to the order of reference from the Honorable S. Arthur Spiegel. (Doc. 26).

Clerk, U.S. District Court

By: /s/Jan Lahley

1