United States District Court
Southern District of Ohio
Western Division

FREDERICK HALL,
    Petitioner                                                 Case No. 1:02-cv-034

vs.

HARRY K. RUSSELL, WARDEN,          Spiegel, J.
    Respondent                                            Black, M.J

**ORDER GRANTING CONTINUANCE**

On 7/31/06, the respondent's counsel filed a Motion to Continue the August 15, 2006 Evidentiary Hearing. (Doc. 29). Defense counsel has indicated to the Court that there is no opposition to this motion.

The Motion to Continue is GRANTED. The evidentiary hearing is RESCHEDULED to AUGUST 29, 2006 at 10:00 a.m.

Date: 8/2/06                                s/<u>Timothy S. Black</u>
                                                 Timothy S. Black
                                                 United States Magistrate Judge