UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **FREDERICK HALL,** : | |
| : | Case No. 1:02-cv-34 |
| Petitioner, : | |
| : | Judge Spiegel |
| v. : | |
| : | Magistrate Judge Black |
| **HARRY K. RUSSELL, Warden,** : | |
| : | |
| Respondent. : | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

To the United States Marshal for the Southern District of Ohio; and the Warden of Chillicothe Correctional Institution in Chillicothe, Ohio, or his designee:

You are commanded to have the person of Jimmy Martin, Inmate No. 509-673, a witness who is expected to offer relevant testimony in this case, currently restrained in the Chillicothe Correctional Intuition, conveyed under safe and secure conduct, and maintained under safe and secure conduct before the United States District Court for the Southern District of Ohio, at Room 708, Potter Stewart Courthouse, 100 East Fifth Street, Cincinnati, Ohio on Tuesday August 29, 2006 at 10 a.m. and each day thereafter until the proceeding is completed and thereafter return said party to the place said party was originally restrained, there being no further orders of this Court to the contrary.

In the event said inmate is no longer in your custody, please notify the Court immediately.

Date: 8/23/06

_Timothy S. Black_
Timothy S. Black
United States Magistrate Judge