## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **FREDRICK HALL,** | : | |
| Petitioner, | : | |
| vs. | : | Case No. 1:02-cv-34 |
| **WARDEN HARRY K. RUSSELL,** | : | JUDGE AUTHOR SPIEGEL |
| Respondent. | : | |

_____

### NOTICE OF APPEARANCE
_____

The undersigned hereby enters her appearance as co-counsel for Petitioner, Fredrick Hall, in the above-referenced case.

Respectfully submitted,

/s/ Diane M. Menashe
Diane M. Menashe (0070305)
DIANE M. MENASHE CO, L.P.A.
536 South Wall Street, Suite 300
Columbus, Ohio 43215
Telephone: (614) 221.6500
Facsimile: (614) 224.9258
E-mail: menashe@columbus.rr.com

COUNSEL FOR PETITIONER

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance for Petitioner Fredrick Hall was delivered on this 29th day of August 2006 by regular U.S. mail, postage prepaid; and/or by facsimile transmission, and/or by electronic transmission; and/or by personal delivery to the following:

Stephanie Watson
Assistant Ohio Attorney General
150 E. Gay Street, 16th Floor
Columbus, Ohio 43215

Craig Jaquith
Assistant State Public Defender
8 East Long Street, 11th Floor
Columbus, Ohio 43215

David Bodiker
Ohio Public Defender
8 East Long Street, 11th Floor
Columbus, Ohio 43215

Respectfully submitted,

/s/ Diane M. Menashe
Diane M. Menashe (0070305)