UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

CIVIL MINUTES

FREDERICK HALL

-vs- Civil Case No. 1:02cv34

WARDEN HARRY RUSSELL

**COURT PERSONNEL PRESENT:**

Magistrate Judge:   Timothy S. Black
Law Clerk:          Courtney Bryan-Caron
Court Reporter:     Jodi Perkins
Courtroom Deputy:   Jan Lahley

**PARTIES PRESENT:**

(Plaintiff counsel)   Diane Menashe, Craig Jaquith
(Plaintiff counsel)

(Defendant counsel)   Jeri Fosnaught, Steve Eckstein
(Defendant counsel)

**DOCKET ENTRY:**

Case called before Magistrate Judge for hearing on evidentiary hearing consistent with order of Judge Spiegel at Doc. 26. Oral motion for continuance by petitioner because witness Lolita Moore, although she was present before the hearing commenced, left the courtroom and could not be found to testify. Taken under submission. Petitioner given 14 days to file affidavit in support of continuance. Will rule after 14 days. Witness Patrick Galligan called. Respondent called William Anderson, Jr., Jimmie Martin. Argument heard.

**DATE:**      8/29/06