IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **FREDRICK HALL,** | : |
| Petitioner, | : |
| | : Case No. 1:02-cv-34 |
| vs. | : |
| | : JUDGE AUTHOR SPIEGEL |
| **WARDEN HARRY K. RUSSELL,** | : MAGISTRATE JUDGE BLACK |
| Respondent. | : |

_____

**AFFIDAVIT IN SUPPORT OF
PETITIONER'S ORAL MOTION FOR CONTINUANCE**
_____

Now comes Petitioner, by and through counsel, and hereby submits the Affidavit of Lolita Moore in support of his August 29, 2006 oral Motion for Continuance.

Respectfully submitted,

David Bodiker (16590)
Ohio Public Defender

/s/ Craig Jaquith
Craig M. Jaquith (0052997)
Assistant State Public Defender
Office of the Ohio Public Defender
8 East Long Street – 11th Floor
Columbus, Ohio 43215
Telephone: (614) 466-5394
Facsimile: (614) 752-5167
E-mail: Jaquithc@opd.state.oh.us

/s/ Diane M. Menashe
Diane M. Menashe (0070305)
Attorney at Law
536 South Wall Street, Suite 300
Columbus, Ohio 43215
Telephone: (614) 221.6500
Facsimile: (614) 224.9258
E-mail: menashe@columbus.rr.com

COUNSEL FOR PETITIONER

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Affidavit in Support of Petitioner's Oral Motion for Continuance was delivered on this 8th day of September 2006 by regular U.S. mail, postage prepaid; and/or by facsimile transmission, and/or by electronic transmission; and/or by personal delivery to the following:

Stephanie Watson
Assistant Ohio Attorney General
150 E. Gay Street, 16th Floor
Columbus, OH  43215

Criag Jaquith
Assistant State Public Defender
8 East Long Street – 11th Floor
Columbus, Ohio 43215

David Bodicker
Ohio Public Defender
8 East Long Street – 11th Floor
Columbus, Ohio 43215

Respectfully submitted,

/s/ Diane M. Menashe
Diane M. Menashe (0070305)

COUNSEL FOR PETITIONER

2