IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| FREDRICK HALL, | : |
| Petitioner, | : CASE NO. 1:02-CV-00034 |
| vs. | : JUDGE SPIEGEL |
| HARRY K. RUSSELL, WARDEN, | : MAGISTRATE JUDGE BLACK |
| Respondent. | : |

## AFFIDAVIT OF LOLITA MOORE

STATE OF OHIO         )
                      ) SS:
COUNTY OF HAMILTON    )

I, Lolita Moore, being duly sworn according to law, state the following:

I Lolita Moore resides at 919 Lenox Place Cinti. Ohio 45229 On about August 29, 2006, I was at the Federal Courts for Mr. Fredrick Hall. But unfortunately I had to leave, for a phone call that I received from my Babysitter, so I left in a hurry with truly regards to Mr Hall for the statement that I was suppose to provide for him. At any time I will return to help Mr. Hall if needed.

Thank You
L. Lita Moore

1 of 2

Further affiant sayeth naught.

*Lolita Moore*
LOLITA MOORE

Sworn to and subscribed before me on this 7th day of September, 2006.

*Mark Rooks*
NOTARY PUBLIC

MARK ROOKS
Notary Public, State of Ohio
My Commission Expires 11-29-08