**United States District Court**
**Southern District of Ohio**
**Western Division**

FREDERICK HALL,
    Petitioner,                                 Civil Action No. 1:02cv34

vs.                                                  Spiegel, J.; Black, MJ

WARDEN HARRY K. RUSSELL,
    Respondent.                             **ORDER GRANTING MOTION**
                                                        **FOR CONTINUANCE OF HEARING**

      On August 29, 2006, counsel for petitioner moved to continue the evidentiary hearing in progress in order that the testimony of witness Lolita Moore could be heard. For good cause shown, the motion is GRANTED, and the hearing is continued to November 1, 2006, at 10:00 a.m. A writ will issue for the appearance of petitioner at this hearing.

Date: 9/28/06                                               s/<u>Timothy S. Black</u>
                                                                  Timothy S. Black
                                                                   United States Magistrate Judge