United States District Court
Southern District of Ohio
Western Division

FREDERICK HALL,
    Petitioner,	Civil Action No. 1:02cv034

vs.	Spiegel, J.; Black, MJ

WARDEN HARRY K. RUSSELL,
    Respondent.	**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To the United States Marshal for the Southern District of Ohio; and the Warden of Lebanon Correctional Institution in Lebanon, Ohio, or his designee:

    You are commanded to have the person of FREDERICK HALL, Inmate No. 381-900, the party in interest in this case, currently restrained in the Lebanon Correctional Institution, conveyed under safe and secure conduct, and maintained under safe and secure conduct, before the United States District Court for the Southern District of Ohio, at Room 708, Potter Stewart Courthouse, 100 East Fifth Street, Cincinnati, Ohio on Wednesday, NOVEMBER 1, 2006, at 10:00 a.m. until the proceeding is completed that day, and thereafter return said party to the place said party was originally restrained, there being no further orders of this Court to the contrary.

    In the event said inmate is no longer in your custody, please notify the Court immediately.

Date: 9/28/06	s/Timothy S. Black
    Timothy S. Black
    United States Magistrate Judge