UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

## CIVIL MINUTES

Frederick Hall

        -vs-                                                  Civil Case No. 1:02cv**34**

State of Ohio

**COURT PERSONNEL PRESENT:**

| | |
|---|---|
| Magistrate Judge: | Timothy S. Black |
| Law Clerk: | Courtney Bryan-Caron and Karen Litkovitz |
| Court Reporter: | Mary Ann Maffia |
| Courtroom Deputy: | Jan Lahley |

**PARTIES PRESENT:**

| | |
|---|---|
| (Plaintiff counsel) | Craig Jaquith, Diane Menashe |
| (Plaintiff counsel) | |
| (Defendant counsel) | Jerri Fosnaught, Steve Eckstein |
| (Defendant counsel) | |

**DOCKET ENTRY:**

Case called before Magistrate Judge for evidentiary hearing. Continued from 8/29/06 for further testimony. Witness Lolita Moore, cross, redirect. Petitioner rests. Respondent witness Officer Steven Fromhold, cross, redirect. Respondent rests. Petitioner moves for admission of Ex. 1. Admitted. Respondent moves for admission of Ex. B. Admitted. Argument. Matter taken under submission.

DATE:      11/1/06
TIME:      10:00 a.m. - 11:00 a.m.