United States District Court
Southern District of Ohio
Western Division

FREDERICK HALL,
    Petitioner

Case No. 1:02-cv-034

vs.

STATE OF OHIO,
    Respondent.

Spiegel, J.
Black, M.J

## ORDER FOR TRANSCRIPT

On 8/29/06 an evidentiary hearing was begun in the above matter, and continued testimony was held on 11/1/06. The court reporter is ORDERED to provide the court with a transcript of testimony from both dates.

Date: 11/1/06

*Timothy S. Black*
Timothy S. Black
United States Magistrate Judge

1