1

```
 1              PATRICIA E. NASH
            Hamilton County Courthouse
 2          Room 555, 1000 Main Street
                 (513) 946-5408
 3

 4   Date:  May 21, 2007

 5   To:   Ohio Attorney General

 6   Attn:  Jerri Fosnaught, Esq.

 7   Re:   State of Ohio vs. Frederick Hall

 8   Case B-9807452

 9

10          Regarding your order for a transcript of

11   this case held on April 27, April 28, April 29,

12   May 3, May 4, and May 5, 1999, since this was a

13   hung jury the only parts that were transcribed

14   were the testimony, opening statement, and closing

15   arguments.

16          There remains to be transcribed the voir

17   dire, jury charge, and any sidebars including a

18   motion for mistrial.

19          Due to a heavy court docket and an appeal

20   that is due in June, I will require at least 60

21   days in order to complete the transcript which

22   consists of approximately 200 pages.

23          Thank you for your patience.

24                         Patricia E. Nash
                           Official Court Reporter
25
```

*Patricia E. Nash* (signature)

EXHIBIT A