## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Frederick Hall,
    Petitioner,

  vs                                 Case No. 1:02cv34
                                         (Spiegel, S.J.; Black, M.J.)

Ernie Moore,
    Respondent.

## ORDER

      This habeas corpus action brought under 28 U.S.C. § 2254 is before the Court on respondent's motion for extension of time to July 20, 2007 in which to comply with the undersigned's Order entered May 1, 2007 (*see* Doc. 43), requiring respondent to file a copy of the transcript of petitioner's first trial, as well as other available evidence reflecting how the jury voted, or the reasons behind the jury's vote, in the first trial. (Doc. 44).

      Respondent's motion for extension of time (Doc. 44) is **GRANTED.** Respondent is granted an extension to July 20, 2007 in which to file the entire transcript from petitioner's first trial, including the portion of the transcript apparently provided to him by petitioner's counsel (*see* Doc. 44, p. 2), as well as any other evidence reflecting how the jury voted, or the reasons behind the jury's vote, in the first trial.

      **IT IS SO ORDERED.**

Date:  6/4/07                                           s/Timothy S. Black
                                                                Timothy S. Black
                                                                United States Magistrate Judge