```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION
```

FREDERICK HALL,                :     Case No. 1:02-CV-00034
                               :
        Petitioner,            :     Senior Judge S. Arthur
                               :     Spiegel
                               :
                               :
        vs.                    :     **ORDER**
                               :
                               :
ERNIE MOORE, WARDEN,           :
                               :
        Respondent.            :

Upon good cause shown, and with the consent of counsel for Respondent, Petitioner's Motion for an Extension of Time to File Objections to Magistrate Judge's Report and Recommendation (doc. 48) is hereby GRANTED. Petitioner is hereby granted a thirty (30) day extension of time, until November 23, 2007, in which to file his Objections to the Report and Recommendation.

Additionally, upon review of Petitioner's Application and Affidavit to Proceed Without Prepayment of Fees, attached as Exhibit "A" to the instant motion, the Court finds the Petitioner to be indigent, having insufficient funds to pay for the preparation of transcripts from the evidentiary hearing held in this matter on August 29, 2006 and November 1, 2006 (docs. 41 and 42). Accordingly, the Court hereby DIRECTS the Clerk of Court to provide a copy of these transcripts to the Petitioner without costs, in order to assist counsel in preparing objections to the

Report and Recommendation.

    SO ORDERED.


Date: October 25, 2007        <u>s/S. Arthur Spiegel</u>
                                      S. Arthur Spiegel
                                      United States Senior District Judge