**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

1:02-CV-34
DN 49

Postmark Here

Sent To: Jaquith / Bodiker OH PD Office - 2
Street, Apt. No.; or PO Box No.: 8 E. Long St., 11th FL
City, State, ZIP+4: Columbus, OH 43215-0587

7007 1490 0001 0562 5960

PS Form 3800, August 2006        See Reverse for Instructions




