**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Craig Miller Jaquith, Esq
    David Bodiker, Esq
    Ohio Pub. Defender's Office - 2
    8 E Long St., 11th Fl.
    Columbus, OH 43215-0587

    1:02-CV-34 DN 49 SAS/TSB

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  11-1-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

    7007 1490 0001 0562 5960

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540