UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FREDERICK HALL,                :     Case No. 1:02-CV-00034
                               :
         Petitioner,           :     Senior Judge S. Arthur
                               :     Spiegel
                               :
                               :
     vs.                       :     **ORDER**
                               :
                               :
ERNIE MOORE, WARDEN,           :
                               :
         Respondent.           :

Upon good cause shown, and with the consent of counsel for Respondent, Petitioner's Second Motion for an Extension of Time to File Objections to Magistrate Judge's Report and Recommendation (doc. 51) is hereby GRANTED. Petitioner is hereby granted an extension of time through and including November 30, 2007, in which to file his Objections to the Report and Recommendation.

SO ORDERED.

Date: 11/27/07

_____
S. Arthur Spiegel
United States Senior District Judge