IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| FREDRICK HALL, | : | Case No. 1:02-cv-00034 |
| Petitioner, | : | Judge Spiegel |
| v. | : | Magistrate Judge Black |
| HARRY RUSSELL, WARDEN, | : | |
| Respondent. | : | |

_____

**PETITIONER-APPELLANT FREDRICK HALL'S NOTICE OF APPEAL**
_____

Notice is hereby given that Petitioner-Appellant Fredrick Hall appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment denying his Petition for Writ of Habeas Corpus entered in this action on February 29, 2008. Included in the February 29, 2008 Opinion & Order denying Mr. Hall's Petition for Writ of Habeas Corpus was a certificate of appealability with respect to Ground One. Doc. 55. Furthermore, this Court certified that any appeal of the March 8, 2007 Order would be taken in good faith. *Id*.

Respectfully submitted,

Office of the Ohio Public Defender

s/Craig M. Jaquith
CRAIG M. JAQUITH - 0052997
Assistant State Public Defender
COUNSEL OF RECORD

Office of the Ohio Public Defender
8 East Long Street - 11th Floor
Columbus, Ohio 43215
(614) 466-5394
(614) 752-5167 (fax)
jaquithc@opd.state.oh.us

COUNSEL FOR FREDRICK HALL

## CERTIFICATE OF SERVICE

    I hereby certify that on March 31, 2008, a copy of the foregoing Petitioner-Appellant Fredrick Hall's Notice of Appeal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

                                      s/Craig M. Jaquith
                                      CRAIG M. JAQUITH - 0052997
                                      Assistant State Public Defender

                                      COUNSEL FOR FREDRICK HALL

#275172