IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FREDRICK HALL,                          :          Case No. 1:02-cv-00034

          Petitioner,                   :          Judge Spiegel

    v.                                  :          Magistrate Judge Black

HARRY RUSSELL, WARDEN,                  :

          Respondent.                   :


**PETITIONER'S MOTION FOR LEAVE TO PROCEED ON APPEAL**
***IN FORMA PAUPERIS***

Petitioner Fredrick Hall moves the Court, under Fed. R. App. P. 24, for leave to proceed in

forma pauperis in his appeal from the February 29, 2008 decision of this Court.  The reasons

supporting this motion are set forth in the attached memorandum.

Respectfully submitted,

Office of the Ohio Public Defender

s/Craig M. Jaquith_____
CRAIG M. JAQUITH - 0052997
Assistant State Public Defender
COUNSEL OF RECORD

Office of the Ohio Public Defender
8 East Long Street - 11th Floor
Columbus, Ohio 43215
(614) 466-5394
(614) 752-5167 (FAX)
E-mail:  jaquithc@opd.state.oh.us

COUNSEL FOR FREDRICK HALL

## MEMORANDUM IN SUPPORT

Petitioner Fredrick Hall moves the Court for an entry under Fed. R. App. P. 24 granting him leave to proceed on appeal *in forma pauperis*.  Previously filed herein is Petitioner's affidavit of indigency demonstrating his inability to pay the fees and costs.  Doc. 48, Attachment 1.  The Magistrate Judge granted pauper status, for purposes of obtaining hearing transcripts without costs, on October 25, 2007.  Doc. 49.  Further, the Order of this Court denying Petitioner habeas relief determined that Petitioner's appeal of that denial would be taken in good faith. Doc. 55.

For the foregoing reasons, Petitioner respectfully requests the Court to grant him leave to proceed *in forma pauperis* on appeal.

Respectfully submitted,

Office of the Ohio Public Defender

s/Craig M. Jaquith_____
CRAIG M. JAQUITH - 0052997
Assistant State Public Defender
COUNSEL OF RECORD

Office of the Ohio Public Defender
8 East Long Street - 11th Floor
Columbus, Ohio 43215
(614) 466-5394
(614) 752-5167 (FAX)
E-mail:  jaquithc@opd.state.oh.us

COUNSEL FOR FREDRICK HALL

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, a true copy of Petitioner's Motion for Leave to Proceed on Appeal *In Forma Pauperis* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

s/Craig M. Jaquith_____
CRAIG M. JAQUITH - 0052997
Assistant State Public Defender

COUNSEL FOR FREDRICK HALL

#274164

3