# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Frederick Hall,
    Petitioner

vs                                                    Case No. 1:02cv34
                                                      (Spiegel, S.J.; Black, M.J.)

Timothy Brunsman,
    Respondent

## ORDER

On March 31, 2008, petitioner filed a motion for leave to proceed on appeal *in forma pauperis* (Doc. 58) based on an affidavit of indigence completed in March 2007 (*see* Doc. 48). On April 3, 2008, the undersigned issued an Order staying ruling on petitioner's *in forma pauperis* application and directing petitioner to complete and file within fifteen (15) days a new financial affidavit reflecting his current financial status. (*See* Doc. 59).

On April 16, 2008, petitioner filed a renewed *in forma pauperis* application regarding petitioner's financial status from the past six months. (Doc. 60). Petitioner's recently-filed financial affidavit (Doc. 60), which includes a certification portion completed and signed by the prison cashier, demonstrates that petitioner has insufficient funds to proceed on appeal from the Court's February 29, 2008 final Order and Judgment Entry. (*See* Docs. 55, 56).

Accordingly, upon such showing of financial necessity, petitioner's application for leave to proceed on appeal *in forma pauperis* (Docs. 58, 60) is hereby **GRANTED** in accordance with the District Court's instructions set forth in

its February 29, 2008 final Order and Judgment (*see* Doc. 55, p. 10; Doc. 56).

    IT IS SO ORDERED.


Date:  4/22/08                             s/Timothy S. Black
     cbc                                  Timothy S. Black
                                      United States Magistrate Judge

J:\BRYANCC\2008 habeas orders\02-34grantIFP-appeal.wpd